# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

ZHI DONG ZHANG aka Brother Wang aka BW aka Pancho aka HeHe aka HaHa ala Chino aka Summor Ownor aka ~Michael

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:25-MJ-0672

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ZHI DONG ZHANG aka Brother Wang aka BW aka Pancho aka HeHe aka HaHa ala Chino aka Summor Ownor aka ~Michael

and bring him or her forthwith to the before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him or her with: money laundering transactions affecting interstate and foreign commerce

in violation of 18, United States Code, Section(s) 1956(a)(i)(B)(i).

J. ELIZABETH MCBATH
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*J. Elizabeth McBath* (signature)

Signature of Issuing Officer

July 5, 2025
Atlanta, Georgia
Date and Location

Bail Fixed at $_____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____

Name and Title of Arresting Officer

Date of Arrest:_____

Signature of Arresting Officer